**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION**

| | |
|---|---|
| IN RE                                    ) | |
|                                          ) | Chapter 7 |
| James Michael Romaniello   ) | Case No. 19-50057 |
| SSN: XXX-XX-3582                  ) | |
|                                          ) | |
|           Debtor              ) | |

CERTIFICATE OF SERVICE

      I, Heather Griffin, Attorney with the Law Offices of Robert H. Gourley, Jr., P.A., hereby certify that the Statement of Intention for Individuals Filing under Chapter 7 was served via electronic filing through the US Bankruptcy Court or by depositing a true and exact copy in an official repository of the United States Postal Service in a postage paid envelope addressed to the following:

Trustee

Sheffield
P.O. Box 1704
Clemmons, NC 27012

Suntrust Bank
P.O. Box 85673
Richmond, VA 23285


This the 15th day of February, 2019.


                                                s/Heather Griffin_____
                                                F. Heather Griffin, NC State Bar # 19046
                                                Law Offices of Robert H. Gourley, Jr., P.A.
                                                249 East Broad Street
                                                Statesville, NC 28677
                                                704-872-5051
                                                704-872-5449 - fax